UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CITY OF EVERETT, a Washington municipal corporation,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>PURDUE PHARMA, L.P., a Delaware limited partnership; PURDUE PHARMA, INC., a New York corporation; THE PURDUE FREDERICK COMPANY, INC., a New York corporation; and JOHN AND JANE DOES 1 THROUGH 10, individuals who are executives, officers, and/or directors of Purdue,<br><br>　　　　　　　Defendants. | Case No. C17-209 RSM<br><br>**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO FILE OVER-LENGTH BRIEF** |

**THIS MATTER** came before the Court on Plaintiff's Unopposed Motion to File Over-length Brief, the Court having considered the pleadings and papers filed, and all other matters properly before the Court,

**IT IS HEREBY ORDERED** that Plaintiff's Unopposed Motion to File Over-length Brief is **GRANTED** and Plaintiff may file a brief not to exceed 30 pages in length in opposition to Defendant's Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(6) [Dkt. No. 8].

ORDER GRANTING UNOPPOSED
MOTION TO FILE OVER-LENGTH BRIEF - 1
CASE NO. 2:17-CV-00209-RSM

Kelley, Goldfarb,
Huck, Roth, & Riojas, PLLC
700 Fifth Avenue, Suite 6100
Seattle, Washington 98104
(206) 452-0260

1   DATED this 2nd day of May 2017.

2

3

4                                      _____
                                       RICARDO S. MARTINEZ
5                                      CHIEF UNITED STATES DISTRICT JUDGE

6   Presented by:

7   **Kelley, Goldfarb, Huck, Roth & Riojas, PLLC**
    */s/ Michael A. Goldfarb*_____
8   Michael A. Goldfarb, WSBA No. 13492
    */s/ Christopher M. Huck*_____
9   Christopher M. Huck, WSBA No. 34104
    */s/ Kit W. Roth*_____
10  Kit W. Roth, WSBA No. 33059
    */s/ R. Omar Riojas*_____
11  R. Omar Riojas, WSBA No. 35400

12  700 Fifth Avenue, Suite 6100
    Seattle, Washington 98104
13  Telephone:  (206) 452-0260
    Facsimile:  (206) 397-3062
14  Email:  goldfarb@kelleygoldfarb.com
    Email:  huck@kelleygoldfarb.com
15  Email:  roth@kelleygoldfarb.com
    Email:  riojas@kelleygoldfarb.com
16
    Attorneys for Plaintiff City of Everett
17

18

19

20

21

22

23

24

25

26