UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CITY OF EVERETT, a Washington municipal corporation,<br><br>    Plaintiff,<br><br>  v.<br><br>PURDUE PHARMA, L.P., a Delaware limited partnership; PURDUE PHARMA, INC., a New York corporation; THE PURDUE FREDERICK COMPANY, INC., a New York corporation; and JOHN AND JANE DOES 1 THROUGH 10, individuals who are executives, officers, and/or directors of Purdue,<br><br>    Defendants. | Case No. 2:17-CV-00209<br><br>**STIPULATED MOTION AND ORDER REGARDING BRIEFING SCHEDULE AND PAGE LIMITS ON MOTION TO DISMISS** |

## **STIPULATION**

1. Defendants Purdue Pharma L.P., Purdue Pharma, Inc., and The Purdue Frederick Company, Inc. (collectively, "Defendants") have filed a Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(B)(6) [Dkt. No. 8] (the "Dismissal Motion").

2. The deadline for Plaintiff City of Everett ("Plaintiff") to file its opposition papers to the Dismissal Motion is currently May 10, 2017.  *See* Dkt. No. 11.  Due to unanticipated emergencies in other matters and other unexpected scheduling issues, counsel for Plaintiff have requested a short, 6-business day extension to May 18, 2017.

STIPULATED MOTION AND ORDER - 1
CASE NO. 2:17-CV-00209-RSM

KELLEY, GOLDFARB,
HUCK, ROTH, & RIOJAS, PLLC
700 Fifth Avenue, Suite 6100
Seattle, Washington 98104
(206) 452-0260

3. Counsel for Defendants do not oppose this request, and request a corresponding short extension of the deadline for Defendants to file their reply brief. Specifically, Defendants request to file their reply brief on June 8, 2017 and re-note their Dismissal Motion for June 9, 2017.

4. In addition, the Court previously granted the Plaintiff permission to file an over-length opposition brief, permitting 6 additional pages. *See* Dkt. No. 13. In negotiating that extension, the Plaintiff agreed to allow the Defendants an equivalent extension of 3-pages for their reply. Accordingly, the Defendants request three additional pages for their reply brief, which Plaintiff does not oppose.

5. Counsel for the parties have met and conferred in good faith regarding the deadlines, briefing schedule, and page limits, and believe there is good cause for the requested extensions of time, proposed briefing schedule, and page limits, and the parties' stipulation will not delay this proceeding or cause prejudice.

6. Accordingly, pursuant to the parties' stipulation, and subject to the Court's approval, the parties specifically agree as follows:

   (a) The deadline for Plaintiff to file its opposition brief to the pending Dismissal Motion is extended to May 18, 2017.

   (b) The deadline for Defendants to file their reply brief is extended to June 8, 2017.

   (c) Defendants may file an over-length reply brief not to exceed 15 pages in length.

   (d) The pending Dismissal Motion shall be re-noted to June 9, 2017.

**SO STIPULATED** this May 3, 2017.

STIPULATED MOTION AND ORDER - 2
CASE NO. 2:17-CV-00209-RSM

KELLEY, GOLDFARB,
HUCK, ROTH, & RIOJAS, PLLC
700 Fifth Avenue, Suite 6100
Seattle, Washington 98104
(206) 452-0260

**Kelley, Goldfarb, Huck, Roth & Riojas, PLLC**
*/s/ Michael A. Goldfarb*_____
Michael A. Goldfarb, WSBA No. 13492
*/s/ Christopher M. Huck*_____
Christopher M. Huck, WSBA No. 34104
*/s/ Kit W. Roth* _____
Kit W. Roth, WSBA No. 33059
*/s/ R. Omar Riojas* _____
R. Omar Riojas, WSBA No. 35400

700 Fifth Avenue, Suite 6100
Seattle, Washington 98104
Telephone:  (206) 452-0260
Facsimile:  (206) 397-3062
Email:  goldfarb@kelleygoldfarb.com
Email:  huck@kelleygoldfarb.com
Email:  roth@kelleygoldfarb.com
Email:  riojas@kelleygoldfarb.com

Attorneys for Plaintiff City of Everett


**Karr Tuttle Campbell**
*/s/ Thomas D. Adams*
Thomas D. Adams, WSBA No. 18470
*/s/ Ronald J. Friedman*
Ronald J. Friedman, WSBA No. 41629
*/s/ Stephanie R. Lakinski*
Stephanie R. Lakinski, WSBA No. 46391
*/s/ Andrew W. Durland*
Andrew W. Durland, WSBA No. 49747

701 Fifth Avenue, Suite 3300
Seattle, WA 98104
Telephone:  (206) 223-1313
Facsimile:  (206) 682-7100
Email:  tadams@karrtuttle.com
Email:  rfriedman@karrtuttle.com
Email:  slakinski@karrtuttle.com
Email:  adurland@karrtuttle.com

Attorneys for Defendants Purdue Pharma L.P., Purdue Pharma Inc., and The Purdue Frederick Company Inc.

STIPULATED MOTION AND ORDER - 3
CASE NO. 2:17-CV-00209-RSM

**Kelley, Goldfarb, Huck, Roth, & Riojas, PLLC**
700 Fifth Avenue, Suite 6100
Seattle, Washington 98104
(206) 452-0260

# ORDER

Pursuant to the above Stipulated Motion, **IT IS ORDERED:**

1. The deadline for Plaintiff to file its opposition brief to the pending Dismissal Motion is extended to May 18, 2017.
2. The deadline for Defendants to file their reply brief is extended to June 8, 2017.
3. Defendants may file an over-length reply brief not to exceed 15 pages in length.
4. The pending Dismissal Motion shall be re-noted to June 9, 2017.

DATED this 4th day of May, 2017.

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATED MOTION AND ORDER - 4
CASE NO. 2:17-CV-00209-RSM

KELLEY, GOLDFARB,
HUCK, ROTH, & RIOJAS, PLLC
700 Fifth Avenue, Suite 6100
Seattle, Washington 98104
(206) 452-0260