UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CITY OF EVERETT, a Washington municipal corporation,<br><br>        Plaintiff,<br><br>    v.<br><br>PURDUE PHARMA L.P., a Delaware limited partnership; PURDUE PHARMA, INC., a New York corporation; THE PURDUE FREDERICK COMPANY, INC., a New York corporation; and JOHN AND JANE DOES 1 THROUGH 10, individuals who are executives, officers, and/or directors of Purdue,<br><br>        Defendants. | CASE NO. 2:17-cv-00209-RSM<br><br>**STIPULATED MOTION AND ORDER REGARDING DEADLINE FOR FILING REPLY BRIEF IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS** |

**STIPULATION**

1.    Defendants Purdue Pharma L.P., Purdue Pharma, Inc., and The Purdue Frederick Company, Inc. (collectively, "Defendants") have filed a Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(B)(6)(the "Dismissal Motion"). See Dkt. 8.

2.    Plaintiff City of Everett ("Plaintiff") filed its Opposition to the Dismissal Motion on May 18, 2017. *See* Dkt. No. 16.

3.    Pursuant to the parties' stipulation and this Court's order, Defendants' Reply brief presently is due Thursday, June 8, 2017. The Dismissal Motion is noted for Friday, June 9, 2017. See Dkt. No. 15.

STIPULATED MOTION AND ORDER RE:
REPLY - 1
CASE NO. 2:17-cv-00209-RSM
#1101282 v1 / 72285-002

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100

4. Due to schedule complications and unanticipated events in other matters, and due to the need to confer closely with counsel on all issues raised by the Dismissal Motion, Defendants have requested a six (6) business day extension of the deadline to file their Reply brief to Friday, June 16, 2017. Defendants also propose that that the Dismissal Motion be re-noted to Monday, June 19, 2017.

5. Plaintiff does not oppose this request.

6. Counsel for the parties have conferred in good faith regarding this stipulation believe there is good cause for it and, further, that it will not unduly delay this proceeding or cause prejudice.

7. Accordingly, pursuant to the parties' stipulation, and subject to the Court's approval, the parties specifically agree as follows:

    (a) The deadline for Defendants to file their Reply brief may be extended to June 16, 2017; and

    (b) The pending Dismissal Motion may be re-noted for June 19, 2017.

**SO STIPULATED** this 2nd day of June, 2017.

**Kelley, Goldfarb, Huck, Roth & Riojas, PLLC**
*/s/ Michael A. Goldfarb*
Michael A. Goldfarb, WSBA No. 13492
*/s/ Christopher M. Huck*
Christopher M. Huck, WSBA No. 34104
*/s/ Kit W. Roth*
Kit W. Roth, WSBA No. 33059
*/s/ R. Omar Riojas*
R. Omar Riojas, WSBA No. 35400

700 Fifth Avenue, Suite 6100
Seattle, Washington 98104
Telephone: (206) 452-0260
Facsimile: (206) 397-3062
Email: goldfarb@kelleygoldfarb.com
Email: huck@kelleygoldfarb.com
Email: roth@kelleygoldfarb.com
Email: riojas@kelleygoldfarb.com

Attorneys for Plaintiff City of Everett

STIPULATED MOTION AND ORDER RE:
REPLY - 2
CASE NO. 2:17-cv-00209-RSM
#1101282 v1 / 72285-002

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100

| | |
|---|---|
| 1 | |
| 2 | |
| 3 | **Karr Tuttle Campbell**<br>*/s/ Thomas D. Adams*<br>Thomas D. Adams, WSBA No. 18470 |
| 4 | */s/ Ronald J. Friedman*<br>Ronald J. Friedman, WSBA No. 41629 |
| 5 | */s/ Stephanie R. Lakinski*<br>Stephanie R. Lakinski, WSBA No. 46391 |
| 6 | */s/ Andrew W. Durland*<br>Andrew W. Durland, WSBA No. 49747 |
| 7 | |
| 8 | 701 Fifth Avenue, Suite 3300<br>Seattle, WA 98104<br>Telephone:  (206) 223-1313 |
| 9 | Facsimile:  (206) 682-7100<br>Email:  tadams@karrtuttle.com |
| 10 | Email:  rfriedman@karrtuttle.com<br>Email:  slakinski@karrtuttle.com |
| 11 | Email:  adurland@karrtuttle.com |
| 12 | Attorneys for Defendants Purdue Pharma L.P., Purdue Pharma Inc., and The Purdue Frederick |
| 13 | Company Inc. |

STIPULATED MOTION AND ORDER RE: REPLY - 3
CASE NO. 2:17-cv-00209-RSM
#1101282 v1 / 72285-002

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100

## ORDER

Pursuant to the above Stipulated Motion, **IT IS SO ORDERED**.

DATED this 5th day of June, 2017.

*[signature]*

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATED MOTION AND ORDER RE:
REPLY - 4
CASE NO. 2:17-cv-00209-RSM
#1101282 v1 / 72285-002