UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CITY OF EVERETT, a Washington municipal corporation,<br><br>            Plaintiff,<br><br>  v.<br><br>PURDUE PHARMA, L.P., a Delaware limited partnership; PURDUE PHARMA, INC., a New York corporation; THE PURDUE FREDERICK COMPANY, INC., a New York corporation; and JOHN AND JANE DOES 1 THROUGH 10, individuals who are executives, officers, and/or directors of Purdue,<br><br>            Defendants. | Case No. C17-00209 RSM<br><br>**STIPULATED MOTION AND ORDER REGARDING BRIEFING SCHEDULE ON MOTION TO CERTIFY** |

## STIPULATION

1. On Thursday, October 5, 2017, defendants Purdue Pharma L.P., Purdue Pharma, Inc., and The Purdue Frederick Company, Inc. ("Defendants") filed a Motion to Certify Question to the Washington Supreme Court [Dkt. No. 31] (the "Motion to Certify").

2. Pursuant to LCR 7(d)(3), the deadline for plaintiff City of Everett ("Plaintiff") to file its opposition papers to the Motion to Certify is currently October 16, 2017.  In addition to that deadline, Plaintiff's opposition to the recently filed Motion for Transfer of Actions before the Judicial Panel on Multidistrict Litigation (in Case MDL No. 2804, which is captioned as "In Re: National Prescription Opiate Litigation") is currently due on October 20, 2017.  Plaintiff's

STIPULATED MOTION AND
ORDER - 1
CASE NO. 2:17-CV-00209-RSM

KELLEY, GOLDFARB,
HUCK, ROTH, & RIOJAS, PLLC
700 Fifth Avenue, Suite 6100
Seattle, Washington 98104
(206) 452-0260

Amended Complaint in this action is also due October 25, 2017.  Accordingly, in order to have sufficient time to prepare opposition papers to the Motion to Certify (as well as address conflicting scheduling issues in this action, the MDL proceeding, and in other matters), counsel for Plaintiff has requested from Defendants a short, two-week extension to October 30, 2017.

   3. Counsel for Defendants do not oppose this request, and have requested a corresponding short extension of the deadline for Defendants to file their reply brief.  Specifically, Defendants request to file their reply brief on November 17, 2017 and re-note their Motion to Certify for November 17, 2017.

   4. Counsel for the parties have met and conferred in good faith regarding the deadlines and briefing schedule, and believe there is good cause for the requested extensions of time and proposed briefing schedule, and the parties' stipulation will not delay this proceeding or cause prejudice.

   5. Accordingly, pursuant to the parties' stipulation, and subject to the Court's approval, the parties specifically agree as follows:

    (a) The deadline for Plaintiff to file its opposition brief to the pending Motion to Certify is extended to October 30, 2017.

    (b) The deadline for Defendants to file their reply brief is extended to November 17, 2017.

    (c) The pending Motion to Certify shall be re-noted to November 17, 2017.

STIPULATED MOTION AND
ORDER - 2
CASE NO. 2:17-CV-00209-RSM

KELLEY, GOLDFARB,
HUCK, ROTH, & RIOJAS, PLLC
700 Fifth Avenue, Suite 6100
Seattle, Washington 98104
(206) 452-0260

**SO STIPULATED** this October 9, 2017.

        **Kelley, Goldfarb, Huck, Roth & Riojas, PLLC**
/s/ Michael A. Goldfarb_____
Michael A. Goldfarb, WSBA No. 13492
/s/ Christopher M. Huck_____
Christopher M. Huck, WSBA No. 34104
/s/ Kit W. Roth           _____
Kit W. Roth, WSBA No. 33059
/s/ R. Omar Riojas       _____
R. Omar Riojas, WSBA No. 35400

700 Fifth Avenue, Suite 6100
Seattle, Washington 98104
Telephone:  (206) 452-0260
Facsimile:  (206) 397-3062
Email:  goldfarb@kelleygoldfarb.com
Email:  huck@kelleygoldfarb.com
Email:  roth@kelleygoldfarb.com
Email:  riojas@kelleygoldfarb.com

Attorneys for Plaintiff City of Everett


**Karr Tuttle Campbell**
/s/ Thomas D. Adams
Thomas D. Adams, WSBA No. 18470
/s/ Ronald J. Friedman
Ronald J. Friedman, WSBA No. 41629
/s/ Stephanie R. Lakinski
Stephanie R. Lakinski, WSBA No. 46391
/s/ Andrew W. Durland
Andrew W. Durland, WSBA No. 49747

701 Fifth Avenue, Suite 3300
Seattle, WA 98104
Telephone:  (206) 223-1313
Facsimile:  (206) 682-7100
Email:  tadams@karrtuttle.com
Email:  rfriedman@karrtuttle.com
Email:  slakinski@karrtuttle.com
Email:  adurland@karrtuttle.com

Attorneys for Defendants Purdue Pharma L.P., Purdue Pharma Inc., and The Purdue Frederick Company Inc.

STIPULATED MOTION AND
ORDER - 3
CASE NO. 2:17-CV-00209-RSM

KELLEY, GOLDFARB,
HUCK, ROTH, & RIOJAS, PLLC
700 Fifth Avenue, Suite 6100
Seattle, Washington 98104
(206) 452-0260

**ORDER**

Pursuant to the above Stipulated Motion **IT IS SO ORDERED** this 11th day of October 2017.

*[signature]*

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATED MOTION AND
ORDER - 4
CASE NO. 2:17-CV-00209-RSM

KELLEY, GOLDFARB,
HUCK, ROTH, & RIOJAS, PLLC
700 Fifth Avenue, Suite 6100
Seattle, Washington 98104
(206) 452-0260