UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CITY OF EVERETT, a Washington municipal corporation,<br><br>Plaintiff,<br><br>v.<br><br>PURDUE PHARMA, L.P., a Delaware limited partnership; PURDUE PHARMA, INC., a New York corporation; THE PURDUE FREDERICK COMPANY, INC., a New York corporation; and JOHN AND JANE DOES 1 THROUGH 10, individuals who are executives, officers, and/or directors of Purdue,<br><br>Defendants. | Case No. C17-209 RSM<br><br>STIPULATED MOTION AND ORDER REGARDING DEFENDANTS' TIME TO ANSWER OR RESPOND TO AMENDED COMPLAINT |

Plaintiff City of Everett ("Plaintiff") and Defendants Purdue Pharma, L.P., Purdue Pharma, Inc., and The Purdue Frederick Company, Inc. ("Defendants"), having conferred through counsel, hereby stipulate as follows pursuant to LCR 7(d)(1) and LCR 10(g):

**<u>STIPULATION</u>**

1. On September 25, 2017, this Court granted in part, and denied in part, Defendants' Motion to Dismiss, allowing the Plaintiff thirty (30) additional days to file an amended complaint. [Dkt. No. 27].

2. Plaintiff filed its Amended Complaint on October 25, 2017. [Dkt. No. 37].

3. Plaintiff and Defendants previously stipulated, and this Court approved, a deadline of 14 days after the filing of the Amended Complaint for Defendants to respond. (Dkt. No. 34). Fourteen days after October 25, 2017, is November 8, 2017.

4. Defendants have, for good cause, requested Plaintiff to stipulate to a further 21 day extension of the November 8, 2017, deadline to November 29, 2017. Plaintiff agrees to Defendants' request.

5. In the event Defendants respond to the Amended Complaint with a motion to dismiss, and if Plaintiff requires additional time to oppose such a motion, Defendants are agreeable to also extending Plaintiff's deadline, and the parties will file an appropriate motion with the Court should the need arise.

6. In addition, Plaintiff believes this stipulation should not delay other scheduling issues in this action, particularly given that the Court's September 25, 2017 Order sustained certain of Plaintiff's claims, which the Court noted "will remain undisturbed." Accordingly, Plaintiff has advised Defendants that it wishes to proceed with a discovery conference and planning under Fed. R. Civ. Pro. 26(f) as soon as practicable. Defendants believe that discovery planning under Fed. R. Civ. Pro. 26(f) should not proceed until after a decision by the Judicial Panel on Multidistrict Litigation on the pending Motion for Transfer of Actions Pursuant to 28 U.S.C. § 1407 in MDL Case No. 2804.

7. Accordingly, pursuant to the parties' stipulation, and subject to the Court's approval, the parties agree that Defendants' answer and/or response to the Amended Complaint shall be due November 29, 2017.

**SO STIPULATED** this November 2, 2017.

**Karr Tuttle Campbell**
*/s/ Thomas D. Adams*
Thomas D. Adams, WSBA No. 18470
*/s/ Ronald J. Friedman*
Ronald J. Friedman, WSBA No. 41629

| | |
|---|---|
|  | */s/ Stephanie R. Lakinski*<br>Stephanie R. Lakinski, WSBA No. 46391<br>*/s/ Andrew W. Durland*<br>Andrew W. Durland, WSBA No. 49747<br><br>701 Fifth Avenue, Suite 3300<br>Seattle, WA 98104<br>Telephone: (206) 223-1313<br>Facsimile: (206) 682-7100<br>Email: tadams@karrtuttle.com<br>Email: rfriedman@karrtuttle.com<br>Email: slakinski@karrtuttle.com<br>Email: adurland@karrtuttle.com<br><br>Attorneys for Defendants Purdue Pharma L.P., Purdue Pharma Inc., and The Purdue Frederick Company Inc.<br><br>**Kelley, Goldfarb, Huck, Roth & Riojas, PLLC**<br>*/s/ Michael A. Goldfarb*<br>Michael A. Goldfarb, WSBA No. 13492<br>*/s/ Christopher M. Huck*<br>Christopher M. Huck, WSBA No. 34104<br>*/s/ Kit W. Roth*<br>Kit W. Roth, WSBA No. 33059<br>*/s/ R. Omar Riojas*<br>R. Omar Riojas, WSBA No. 35400<br><br>700 Fifth Avenue, Suite 6100<br>Seattle, Washington 98104<br>Telephone: (206) 452-0260<br>Facsimile: (206) 397-3062<br>Email: goldfarb@kelleygoldfarb.com<br>Email: huck@kelleygoldfarb.com<br>Email: roth@kelleygoldfarb.com<br>Email: riojas@kelleygoldfarb.com<br><br>Attorneys for Plaintiff City of Everett |

| | |
|---|---|
| 1 | **ORDER** |
| 2 | Pursuant to the above Stipulated Motion, Defendants' answer and/or response to the |
| 3 | Amended Complaint shall be filed by November 29, 2017. |
| 4 | DATED this 7th day of November 2017. |
| 5 | |
| 6 | |
| 7 | RICARDO S. MARTINEZ |
| 8 | CHIEF UNITED STATES DISTRICT JUDGE |

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically with the Clerk of the Court using the CM/ECF system on November 2, 2017 and was served via the Court's CM/ECF system on all counsel of record.

DATED this November 2, 2017, at Seattle, Washington

*/s/ Sandy Watkins*
Assistant to Ronald J. Friedman
swatkins@karrtuttle.com